# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2010

141488

_____

In re C.R. KENNEDY, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

SHERRY CLAYTON,
      Respondent-Appellant,

and

ELLIOTT KENNEDY,
      Respondent.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141488
COA: 295411
Oakland CC Family Division:
08-742681-NA

On order of the Court, the application for leave to appeal the July 13, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2010

_____
Clerk

s0907